| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | D and B Pharmacy Corporation |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA Paul's Pharmacy |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 13-4244555 |
| 4. | **Debtor's address** | **Principal place of business** 222 Oak Ridge Commons South Salem, NY 10590 Number, Street, City, State & ZIP Code  Westchester County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | http://WWW.CALLPAULSRX.COM |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  D and B Pharmacy Corporation _____   Case number (*if known*) _____
       Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __5242__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor __D and B Pharmacy Corporation_____   Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other  _____

**Where is the property?**  _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
      Contact name  _____
      Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   D and B Pharmacy Corporation                          Case number (*if known*)
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 8, 2025
              MM / DD / YYYY

**X** /s/  Paul Roldan                                          Paul Roldan
Signature of authorized representative of debtor                Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Anne Penachio, Esq                                    Date  May 8, 2025
Signature of attorney for debtor                                      MM / DD / YYYY

Anne Penachio, Esq
Printed name

Penachio Malara LLP
Firm name

245 Main Street
Suite 450
White Plains, NY 10601
Number, Street, City, State & ZIP Code

Contact phone   (914) 946-2889      Email address   anne@pmlawllp.com

NY
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

Fill in this information to identify the case:

Debtor name: D and B Pharmacy Corporation
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO Box 1270<br>Newark, NJ 07101 | | | | | | $61,601.12 |
| Amerisource Bergen<br>227 Washington Street<br><br>Conshohocken, PA 19428 | | | | | | $55,433.00 |
| Amerisource Bergen Corp.<br>227 Washington Street<br>Conshohocken, PA 19428 | | Trade debt | | | | $55,443.00 |
| BayFirst National Bank<br>700 Central Avenue<br>Mail Code 206<br>Saint Petersburg, FL 33701 | | Chase Inventory Limited Office Furniture - Desk, chair Limited Value Office Equipment/Computer/POS / Extra POS  Scale, Blood Pressure Monitor, misc medical devices , EKG machine, examining couch Website Goodwill | | $143,195.00 | Unknown | $143,195.00 |

Debtor  D and B Pharmacy Corporation  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BayFirst National Bank  700 Central Avenue  Mail Code 206  Saint Petersburg, FL 33701 | | Chase Inventory Limited Office Furniture - Desk, chair Limited Value Office Equipment/Computer/POS / Extra POS   Scale, Blood Pressure Monitor, misc medical devices , EKG machine, examining couch Website Goodwill | | $138,537.70 | Unknown | $131,537.70 |
| Burlington Drug Company  P.O. Box 890940  Charlotte, NC 28289 | | Trade debt | | | | $241,877.00 |
| Burlington Drug Corp  91 CATAMOUNT DRIVE,  Milton, VT 05468 | | Chase Receivables from 3rd party payers (ie insurance companies) Inventory Limited Office Furniture - Desk, chair Limited Value Office Equipment/Computer/POS / Extra POS   Scale, Blood Pressure Monitor, misc medical devices , EKG machine, examining couch Website Goodwill | | $245,000.00 | Unknown | $245,000.00 |
| Capital One  P.O. Box 981600  Boston, MA 02298 | | | | | | $4,164.21 |
| Euler Hermes Collection  100 International Dr.  22nd Floor  Baltimore, MD 21202 | | Dockside Partners | | | | $10,221.49 |

| Debtor | D and B Pharmacy Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| FC Marketplace LLC 747 FRONT ST., FLOOR 4, San Francisco, CA 94111 | | Chase Receivables from 3rd party payers (ie insurance companies) Inventory Limited Office Furniture - Desk, chair Limited Value Office Equipment/Computer/POS / Extra POS  Scale, Blood Pressure Monitor, misc medical devices , EKG machine, examining couch Website Goodwill | | $62,000.00 | Unknown | $26,642.00 |
| First Bank of the Lake 1088 N. CHURCH STREET Greenville, SC 29601 | | Chase Inventory Limited Office Furniture - Desk, chair Limited Value Office Equipment/Computer/POS / Extra POS  Scale, Blood Pressure Monitor, misc medical devices , EKG machine, examining couch Website Goodwill | Unliquidated | $142,000.00 | Unknown | $62,000.00 |
| First National Bank of Omaha P.O. Box 2818 Omaha, NE 68103 | | | | | | $3,510.15 |
| Forward Financing 53 State St 20th Floor Boston, MA 02109 | | | | | | $32,105.93 |
| Fox Web Fund 1500 East Tropicana Avenue Las Vegas , NV 89119 | | | | | | $125,000.00 |
| LG Funding 1218 Union St., Ste 2  Brooklyn, NY 11225-1512 | | | | | | $107,000.00 |

Debtor  D and B Pharmacy Corporation  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| McKesson Pharma One Post St. San Francisco, CA 94104 | | | | | | $196,706.00 |
| NCPA 100 Daingerfield Road Alexandria, VA 22314 | | | | | | $41,161.66 |
| Smith Ridge Associates 450 Oakridge Common South Salem, NY 10590 | | | | | | $165,000.00 |
| TD Bank | | | | $241,000.00 | $0.00 | $241,000.00 |
| United States Small Business Admin. 409 3rd St Washington, DC 20416 | | Chase Receivables from 3rd party payers (ie insurance companies) Inventory Limited Office Furniture - Desk, chair Limited Value Office Equipment/Computer/POS / Extra POS   Scale, Blood Pressure Monitor, misc medical devices , EKG machine, examining couch Website Goodwill | | $770,000.00 | Unknown | $770,000.00 |

```
Acarius
365 W. Passaic St.
Suite 310
Rochelle Park, NJ 07662


Affiniti Finance, Inc.
1178 Broadway, 3rd Floor #304
New York, NY 10001


American Express
PO Box 1270
Newark, NJ 07101


Amerisource Bergen
227 Washington Street
Conshohocken, PA 19428


Amerisource Bergen Corp.
227 Washington Street
Conshohocken, PA 19428


BayFirst National Bank
700 Central Avenue
Mail Code 206
Saint Petersburg, FL 33701


Bluevine Inc.
401 Warren St.
Redwood City, CA 94063-1578


Burlington Drug Company
P.O. Box 890940
Charlotte, NC 28289


Burlington Drug Corp
91 CATAMOUNT DRIVE,
Milton, VT 05468


Capital One
P.O. Box 981600
Boston, MA 02298


Celtic Bank Corp.
268 South State Street
Ste. 300
Salt Lake City, UT 84111


Cencora
1 West 1st Avenue
Conshohocken, PA 19428


Corporation Service Company
PO BOX 2576
Springfield, IL 62708
```

```
Dockside Partners LLC
351 Old Gollotin Road
Scottsville, KY 42164


Euler Hermes Collection
100 International Dr.
22nd Floor
Baltimore, MD 21202


Everbank NA
10 WATERVIEW BLVD,
Parsippany, NJ 07054


FC Marketplace LLC
747 FRONT ST., FLOOR 4,
San Francisco, CA 94111


First Bank of the Lake
1088 N. CHURCH STREET
Greenville, SC 29601


First Corporate Solutions
914 S STREET
Sacramento, CA 95811


First National Bank of Omaha
P.O. Box 2818
Omaha, NE 68103


Forward Financing
53 State St 20th Floor
Boston, MA 02109


Fox Web Fund
1500 East Tropicana Avenue
Las Vegas , NV 89119


Internal Revenue Service
290 Broadway
New York, NY 10007


Internal Revenue Service


Leaf Capital Funding
2005 MARKET STREET, 14TH FLOOR
Philadelphia, PA 19130


LG Funding
1218 Union St.,
Ste 2
Brooklyn, NY 11225-1512


McKesson Pharma
One Post St.
San Francisco, CA 94104
```

```
NCPA
100 Daingerfield Road
Alexandria, VA 22314


New York State Dept of Taxation
Harriman Campus Rd.
Albany, NY 12227


Paul Roldan
6 Gloria Crt.
New City, NY 10956


Smith Ridge Associates
450 Oakridge Common
South Salem, NY 10590


TD Bank


TD Bank
40 Danbury Road
Wilton, CT 06897


TD Bank
PO Box 8400
Lewiston, ME 04243


United States Small Business Admin.
409 3rd St
Washington, DC 20416


US Small Business Administration
2 NORTH STREET, SUITE 320
Birmingham, AL 35203


WebFund LLC
99 Washington Avenue
Suite 700
Albany, NY 12260


Yonatan Klestzick, Esq.
Lieberman & Klestzick LLP
381 Sunrise Highway - Third Floor
Lynbrook, NY 11563


Zeichner Ellman & Kraus
730 Third Avenue
New York, NY 10017
```

# United States Bankruptcy Court
## Southern District of New York

In re: D and B Pharmacy Corporation, Debtor(s)

Case No.
Chapter: 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  D and B Pharmacy Corporation  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

May 8, 2025
Date

/s/ Anne Penachio, Esq
Anne Penachio, Esq
Signature of Attorney or Litigant
Counsel for D and B Pharmacy Corporation
Penachio Malara LLP
245 Main Street
Suite 450
White Plains, NY 10601
(914) 946-2889  Fax:
anne@pmlawllp.com